IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADELAIDA GUTIERREZ and ERICA FUENTES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:17-cv-2392 |
| EL BURRITO, INC. d/b/a VALENTINA RESTAURANT and EDUARDO GUTIERREZ, individually, | ) ) ) ) | Hon. Harry D. Leinenweber |
| Defendants. | ) ) | |

## FINAL JUDGMENT

This matter comes before the Court on Plaintiffs' Motion for Default Judgment against Defendant El Burrito Inc. d/b/a Valentina Restaurant. Plaintiffs' Motion for Default Judgment is GRANTED.

The Court finds good cause to award damages in the amount of $43,767.62.

It is ORDERED that a default is entered in the record of this case.

It is ORDERED, ADJUDGED, and DECREED that Plaintiffs Adelaida Gutierrez and Erica Fuentes recover from the Defendant El Burrito Inc. d/b/a Valentina Restaurant the amount of $43,767.62.

It is ORDERED that Plaintiffs are allowed such writs and processes as may be necessary in enforcement and collection of this judgment.

_____
Hon. Harry D. Leinenweber
United States District Judge

Dated: December 13, 2017